IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2016 DEC 19 P 2:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ZAIRY SHAKUR, )
)
Plaintiff, )
)
vs. ) Case No. 2:16-cv-980
)
HANON SYSTEMS ALABAMA )
CORPERATION, and ) JURY TRIAL REQUESTED
AUTOMATION PERSONNEL )
SERVICES, INC. )
)
Defendants. )

## COMPLAINT

### I.

### JURISDICTION

1. Plaintiff, Zairy Shakur, files this Complaint, institutes these proceedings, and invokes the jurisdiction of this Court under and by virtue of 28 U.S.C. §§ 1331 and 1334 (a)(4), as an action arising under the Act of Congress known as Title VII of the **Civil Rights Act of 1964**, (42 U.S.C. § 2000(e) et seq.), as amended by the **1991 Civil Rights Act**, 42 U.S.C.; and 42 U.S.C. Section 1201, et seq., to obtain equitable relief, the costs of suit, including reasonable attorneys' fees, and damages suffered by the Plaintiff, due to the Defendant's discrimination and retaliation against Plaintiff.

2. Plaintiff, Zairy Shakur, filed an EEOC complaint of sex discrimination and retaliation with the EEOC in Birmingham on April 1, 2016. On September 19, 2016, she received a right-to-sue letter giving her until December 19, 2016 to pursue her claim in federal court. Thus her suit has been formerly filed.

3. Venue is proper in the Middle District of Alabama, since the alleged discriminating action of Defendant occurred in Montgomery County, Alabama.

## II.

## PARTIES

4. The named Plaintiff, Zairy Shakur (hereinafter referred to as "Plaintiff" or "the Plaintiff"), is a citizen of the United States, with a residence address of 6824 Overview Court, Montgomery, Alabama. She is over the age of nineteen years.

5. The Defendant, Hanon Systems Alabama Corporation, (hereinafter referred to as "Hanon"), is doing business at 2351 Old Federal Road Suite #1, Shorter, Alabama.

6. The Defendant, Automation Personnel Services, Inc. (hereinafter referred to as "Automation"), is doing business at 65867 Atlanta Highway, Montgomery, Alabama.

## III.

## STATEMENT OF FACTS

7. Plaintiff states that she began working at Hanon, through Automation, a temp agency, in January 2016. Her position was that of an audit inspector.

8. Almost immediately after beginning work for Hanon S, an unnamed/ unknown co-worker, began sexually harassing her.

9. Plaintiff reported the incident to supervisor Tricon James. Mr. James advised Plaintiff of other similar complaints on the same unknown co-worker. Despite said multiple complaints from other co-workers, the Defendant, Hanon, did not fire or remove said co-worker, but tolerated, if not condoned, him sexually harassing other co-workers.

10. A meeting was held with Human Resources and the unknown co-worker was terminated.

11. The Defendant Hanon informed the Defendant Automation of the Plaintiff's complaint. As a result of the Plaintiff's complaint the Defendant Automation retaliated and stopped sending the Plaintiff out on any further jobs.

12. The circumstances of the sexual harassment and non-correction of the problem by Defendants after receipt of notice were sufficiently egregious to justify an award of punitive damges.

## IV.

## **PLAINTIFF SHAKUR'S CAUSE OF ACTION**

## **RETALIATION**

13. Plaintiff Shakur repeats, re-alleges and incorporates by reference paragraphs 7 - 12 above, the same as if more fully set forth herein, and further avers that the Defendants' actions toward her violated Plaintiff's right to be free of sexual discrimination in employment, in violation of Title VII of the **Civil Rights Act of 1964, as amended,** (42 U.S.C. §2000(e), et seq.), and the 1991 Civil Rights Act, and 42 U.S.C. 1981(a).

14. As a proximate cause of Defendants' afore-described actions in discriminating against Plaintiff, due to her sex, and in retaliation against her for complaining in the first place, the Plaintiff lost wages and suffered mental anguish, as set forth in paragraphs 7 - 11 above.

15. Plaintiff avers that she has pursued and exhausted her administrative remedies with the EEOC, thus ending with her receipt of a right-to-sue letter.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Zairy Shakur respectfully prays that this Court grant the following relief:

a. Compensatory and punitive damages in such an amount as exceeds the minimal jurisdictional limits of this court as the trier-of-fact deems just and reasonable under the proof and pleadings herein.

b. Such other further, different and equitable relief to which the Plaintiff may be entitled.

Respectfully submitted this 19th day of December, 2016.

_____
Julian McPhillips

_____
Chase Estes

OF COUNSEL:

**McPHILLIPS, SHINBAUM, &GILL, L.L.P.**
P.O. Box 64
516 South Perry Street
Montgomery, Alabama 36104
Telephone:(334) 262-1911
Facsimile: (334) 263-2321

## JURY DEMAND

A jury trial is requested on all issues so triable.

*/s/ Julian McPhillips*
Julian McPhillips

*/s/ Chase Estes*
Chase Estes